IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | No. 5:13-cr-205-D-1 |
| SERGIO LOPEZ REYNA, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter is before the Court on Defendant's Motion for Translator Funds, not to exceed $2800.00, plus mileage. Such funds are authorized by the Criminal Justice Act. For good cause shown, the motion is granted to the extent that the translator services do not exceed the applicable AOC half daily and daily rates of $210.00 for a term of four hours or less, and $388.00 for a day exceeding four hours.

SO ORDERED. This 3 day of November 2014.

JAMES C. DEVER III
Chief United States District Judge